## HURT v. THE STATE.
(Decided April 15, 1915.)

APPEAL from Russeell Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed.